# Court of Appeals, State of Michigan

## ORDER

Myrtle Flossie Moore v William Thomas Swafford

Docket No. 320246

LC No. 12-000969-NI

Stephen L. Borrello
Presiding Judge

Amy Ronayne Krause

Michael J. Riordan
Judges

The Court orders that the majority and dissenting opinions issued in this case are hereby AMENDED to correct a clerical error. The opinions are corrected to read June 16, 2015 as the date of the opinions.

In all other respects, the opinions remain unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

JUL 0 6 2015

Date

Chief Clerk